IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 11-32-2 |
| v. | : | |
| | : | CIVIL ACTION |
| BASIL SOLOMON | : | NO. 14-4417 |

## **ORDER**

AND NOW, this 18th day of March, 2024, upon consideration of Defendant Basil Solomon's Motion to Vacate, Set Aside and Correct Sentence Under 28 U.S.C. § 2255 (Document Nos. 126, 141), and the Government's Response thereto, it is hereby ORDERED the Motion is DENIED for the reasons set forth in the accompanying Memorandum.

IT IS FURTHER ORDERED a certificate of appealability shall not issue given Solomon has failed to make a substantial showing of the denial of a constitutional right.

IT IS STILL FURTHER ORDERED the Clerk of Court is DIRECTED to mark the above-captioned cases CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez

_____
Juan R. Sánchez,          J.